# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

GREG MELVIN,

      Plaintiff,

v.                                CASE NO. 5:24cv19-RH-MJF

WEST FLORIDA ELECTRIC
COOPERATIVE ASSOCIATION, INC.,

      Defendant.

_____/

## ORDER DENYING THE MOTION TO DISMISS

The plaintiff asserts a claim under the Americans with Disabilities Act. The defendant has moved to dismiss for failure to file the action within 90 days after receipt of a right-to-sue notice. But at least as shown by this record, the plaintiff filed the action within 90 days after the plaintiff and his attorney first became aware that the notice had been issued. Instead of sending the notice to any appropriate destination, the Equal Employment Opportunity Commission emailed the notice only to an email address of the attorney—an email address the attorney did not fully monitor and that neither the plaintiff nor the attorney had said the

EEOC could use for this purpose. Indeed, the record does not show that the plaintiff or the attorney had provided this email address to the EEOC at all.

The motion to dismiss is unfounded for the reasons set out in *Harris v. City of Callaway*, No. 5:23cv249 (N.D. Fla. Jan. 4, 2024).

IT IS ORDERED:

The motion to dismiss, ECF No. 5, is denied without prejudice.

SO ORDERED on February 29, 2024.

s/Robert L. Hinkle
United States District Judge